ACCEPTED
01-15-00073-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 9:59:26 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00073-CV

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE FIRST COURT |
| THE MARRIAGE OF | § | |
| | § | |
| CORNELIS P. WILLIG | § | OF APPEALS |
| AND | § | |
| MARCELA GUTIERREZ DIAZ | § | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/9/2015 9:59:26 AM
CHRISTOPHER A. PRINE
Clerk

### APPELLANT CORNELIS P. WILLIG'S
### MOTION FOR LEAVE OF COURT TO FILE A CORRECTED BRIEF

Appellant Cornelis P. Willig hereby asks the Court to grant this Motion allowing the Appellant to file a corrected brief in the appeal of this case so that the brief filed by the Appellant can include the one page that was accidentally omitted and not included in the brief that was filed.

### A. Introduction

1. Appellant's attorney inadvertently omitted including in the brief that was timely efiled with the Court the inclusion of what should have been the true third page of the brief's Statement of Facts. Appellant's attorney could not overcome the electronic barriers that the word processor used in preventing the attorney from numbering the pages of the brief from the beginning of the section as the Statement of Facts to the end of the brief itself.

2. For that reason, Appellant's attorney took the brief to the First Court of Appeals showing the lack of numeration from that point in the brief to its conclusion and presented ti an assistant of the Court at the Intake station. The Intake Staff at the Court advised Appellant's attorney that it was permissible and would not harm the brief to hand number those pages since the attorney had not been able to have the computer do so because of reasons that to this moment, the attorney does not comprehend, even with the assistance of his legal secretary

1

and her experience.

3. Appellant's attorney returned to his office and started to hand number the referenced pages. Somehow, in the process of numbering the pages, the page that should have been page number 3 was separated from the other pages and was not included in the brief. Presently numbered as page 3 is what should have been, if the numeration would have been properly done, page 4. Page 3 was omitted from the numeration, not included in the brief when filed, and the remaining subsequent pages of the brief all reflect being one page off from what should have been the proper page number if page 3 would have been included in the contents.

4. The filed brief does not include the contents of page 3 at the present time and all subsequent pages reflect a page number that is one page off from the contents of the brief as written. The contents of that page are of importance to the concepts that were presented in the brief and there is now a gap in the presentation of the concepts in the Statement of Facts because of the omission of page 3.

4. Appellant's attorney was extremely careful in consolidating the brief and took much care in attempting to insure that a mistake such as this would not happen. Somehow, for some reason or act that Appellant's attorney is not aware of, the error occurred, for which error Appellant's attorney apologizes to the Court.

### B. Prayer

6. For these reasons, Appellant asks the leave of the Court requesting that the Court grant Appellant the filing of the brief as a corrected brief, this time fully including in the filed document the missing page 3 and the full content that should have been correctly filed with

the Court originally. Appellant also requests that the Court permit Appellant to make a correction in the repagination of the brief to correctly reflect the true location of the complete contents of the brief once page 3 is included.

Respectfully Submitted,

Andres P. Chaumont
State Bar No.: 15779400
834 Fleetwood Place
Houston, Texas 77079
Tel: (281) 493-3999
Fax: (281) 493-3993
Email: anchlaw88@gmail.com
Attorney for Appellant

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion for Leave of Court to File a Corrected Brief was served on Appellee's counsel of record, Mr. Michael Busby, 2909 Hillcroft, Suite 350, Houston, Texas 77057 ; Fax: 713-974-1181 by telephonic document transfer to said fax number on July 9, 2015.

Andres P. Chaumont
Attorney for Appellant

3